**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Warren WHITE, Defendant–Appellant.**

**No. 00–4544.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 8, 2000.

Decided Jan. 26, 2001.

Harry D. Harmon, Jr., Norfolk, VA, for appellant. Helen F. Fahey, United States Attorney, Robert J. Krask, Assistant United States Attorney, Norfolk, VA, for appellee.

Before WILLIAMS, MOTZ, and KING, Circuit Judges.

PER CURIAM.

Warren White appeals the district court's order that revoked his supervised

release and imposed a six-month sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. White*, No. CR–98–19 (E.D.Va. July 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*